UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNY ARAFILES, | No. 2:24-cv-02801-TLN-SCR |
| Plaintiff, | |
| v. | ORDER |
| SAFEWAY INC., | |
| Defendant. | |

Before the Court is the parties' Joint Stipulation and Request to Modify the Scheduling Order (ECF NO. 16). Finding good cause, the Court hereby modifies its prior scheduling order (ECF No. 15) as set forth herein:

**DISCOVERY**

All non-expert discovery shall be completed by **December 19, 2025.** The word "completed" means that all discovery shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been complied with. Motions to compel non-expert discovery must be noticed on the undersigned's calendar in accordance with the Local Rules and must be heard not later than **December 4, 2025**.

The parties are reminded to review the "Civil Standing Order" posted on Judge Riordan's webpage. Judge Riordan encourages early resolution of discovery disputes outside the formal Local Rule 251 procedures, when appropriate. Upon order of the court, or by agreement of the parties, Judge Riordan will resolve minor or discrete discovery disputes by conducting an

informal telephonic conference. Additional information is available on the court's website at www.caed.uscourts.gov

**EXPERT DISCLOSURE**

The parties shall disclose experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) as follows: expert disclosures on or before **January 9, 2026**; rebuttal expert disclosures on or before **January 23, 2026**. Expert discovery shall be completed by **February 6, 2026**.

**MOTION HEARING SCHEDULES**

All motions, except motions for continuances, temporary restraining orders, or other emergency relief, or as to discovery, shall be filed by **March 27, 2026**. Counsel are cautioned to refer to the Local Rules and Judge Riordan's Civil Standing Order regarding the requirements for noticing such motions on the court's regularly scheduled law and motion calendar. Available hearing dates are available on Judge Riordan's website.

**FINAL PRETRIAL CONFERENCE**

Upon resolution of any motions filed by **March 27, 2026**, or upon passing of that deadline if no such motions are filed, the Court will set a Final Pretrial Conference.

**TRIAL SETTING**

In conjunction with the setting of the Final Pretrial Conference or at the Final Pretrial Conference, the Court will set a trial date.

**IT IS SO ORDERED.**

DATED: September 18, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE